# PD-0566-15

PD No. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk

**IN THE COURT
OF
CRIMINAL APPEALS
AT AUSTIN**

---

**INIUBONG EBONG, Petitioner**

v.

**THE STATE OF TEXAS**

FILED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk

---

On Petition for Discretionary Review of the Fourteenth Court of Appeals,
Cause No. 14-14-00070-CR, Affirming Judgment and Sentence of Trial Court Number:
1374974 in the 351st Judicial District Court, Harris County, Texas.

---

**PETITIONER EBONG'S MOTION FOR LEAVE TO FILE ONLY ORIGINAL
COPY OF HIS PETITION FOR DISCRETIONARY REVIEW**

---

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

**COMES NOW**, Iniubong Ebong, TDCJ-CID#01908828, your Petitioner, proceeding in *pro se,* in the above-styled and yet to be numbered cause, respectfully moves this Honorable Court to grant leave to file the original copy only of his Petition for Discretionary Review. In support thereof, Petitioner would show the Court as follows:

**I.**

1. The style and appeal number of his appeal Iniubong Ebong v. State of Texas, No. 14-14-00070-CR affirmed on April 09, 2015, in the Fourteenth Court of Appeals.

2. The Petitioner moves the Court, pursuant to Rule 2, Texas Rules of Appellate Procedure, to suspend Rule 9.3(b), of the Texas Rules of

Appellate Procedure, which requires the filing of eleven (11) copies of the PDR with the Court.

3.    The facts relied upon to show good cause for this request is as follows: The Petitioner is indigent, incarcerated and does not have access to a photocopier for reproduction of the requite copies of the opinion for the Fourth Court of Appeals affirming his judgment and sentence. The Appellant is presently not represented by counsel and will be filing a *pro se* Petition for Discretionary Review.

Accordingly, the Petitioner respectfully requests that this Honorable Court grant leave to file an original copy only of his Petition for Discretionary Review with the Court.

**SIGNED** on this the 6th day of May 2015.

Respectfully submitted,

Aniubong Ebong, Petitioner, Pro se
TDCJ#01908828
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351-8580

## CERTIFICATE OF SERVICE

I, Iniubong Ebong, TDCJ-CID#01908828, Petitioner, *pro se*, herein certify that a true and correct copy of this instrument was sent to the Office of the Criminal District Attorney for Harris County, Texas and to the Office of the State Prosecuting Attorney, by placing same, in a U.S. mail box, first-class, postage paid, on this the 6th day of May, 2015.

Iniubong Ebong, Petitioner, Pro se